UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GALINDO,<br><br>　　　　Petitioner,<br>　　vs.<br>JOHN DOE,<br>　　　　Respondent.<br>_____ | Case No. CV 13-2366 MRW<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: February 18, 2014

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE